**Henry J. SILVA, Relator,**

v.

**Johnny KLEVENHAGEN, Sheriff of Harris County, Respondent.**

No. 01–92–00529–CV.

Court of Appeals of Texas, Houston (1st Dist.).

July 16, 1992.

Henry Silva, pro se.

John B. Holmes, Houston, for respondent.

Before SAM BASS, MIRABAL and O'CONNOR, JJ.

### OPINION

PER CURIAM.

Relator, presently confined at the Harris County Jail, filed a pro se application for writ of mandamus seeking an order from this Court directing respondent to provide him with a sleeping bunk, pursuant to a right that relator asserts accrues to him under TEX.LOCAL GOV'T CODE ANN. § 351.-013(a) (Vernon 1988).

Because respondent is not a judge of a district or county court in this court of appeals district, and because the issuance of the writ relator seeks is not necessary to enforce the jurisdiction of this Court in a case properly before it, this Court lacks jurisdiction to grant the relief relator seeks. *See* TEX.GOV'T CODE ANN. § 22.-221(a) and (b) (Vernon 1988); *see also Welder v. Fritz*, 750 S.W.2d 930, 932 (Tex. App.—Corpus Christi 1988, orig. proceeding) (court of appeals has no jurisdiction to issue writ of mandamus to family court master, because master not a district or county court judge).

Relator's motion for leave to file petition for writ of mandamus is OVERRULED.